RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:  (310) 553-4441
Facsimile:  (310) 201-4746

Attorneys for Defendants
Caliber Home Loans, Inc., LSF9 Master Participation Trust; and U.S. Bank, N.A. as trustee for LSF9 Master Participation Trust (erroneously sued as U.S. Bank Trust, N.A.)

**GRANTED**
/s/ Yvonne Gonzalez Rogers
Judge Yvonne Gonzalez Rogers
6/8/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET LEE,<br><br>        Plaintiff,<br>    v.<br><br>QUALITY LOAN SERVICE CORPORATION, CALIBER HOME LOANS INC., LSF9 MASTER PARTICIPATION TRUST, JPMORGAN CHASE BANK, N.A., U.S. BANK TRUST N.A., as Trustee for LSF9 Master Participation Trust, WASHINGTON MUTUAL BANK, and DOES 1 THROUGH 45 INCLUSIVE,,<br><br>        Defendants. | Case No. 16-cv-02415-YGR<br><br>STIPULATION TO FURTHER EXTEND THE DEADLINE FOR DEFENDANTS CALIBER HOME LOANS, INC., LSF9 MASTER PARTICIPATION TRUST AND U.S. BANK, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST TO RESPOND TO COMPLAINT UP TO AND INCLUDING JULY 11, 2016 |

**TroyGould PC**

STIPULATION TO FURTHER EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO
COMPLAINT UP TO AND INCLUDING JULY 11, 2016

01425-0225  282021.1

Plaintiff Chet Lee ("Plaintiff") and defendants Caliber Home Loans, Inc. ("Caliber"), LSF9 Master Participation Trust; and U.S. Bank, N.A. as trustee for LSF9 Master Participation Trust (erroneously sued as U.S. Bank Trust, N.A.) ("Defendants"), have agreed to a further extension of the deadline for Defendants' to respond to the Complaint up to and including July 11, 2016, as follows:

1.  The Complaint in this action was filed by Plaintiff in Contra Costa Superior Court on March 4, 2016 (the "Complaint").

2.  On or about May 3, 2016, Caliber removed the action to the United States District Court for the Northern District of California.

3.  Pursuant to Federal Rule of Civil Procedure, Rule 81(c), governing deadlines relating to removal actions, Defendants' deadline to respond to the Complaint is May 10, 2016.

4.  On May 6, 2016, Plaintiff agreed to a thirty day extension of the deadline for Defendants to respond to the Complaint up to and including June 9, 2016.

5.  Plaintiff and Defendants are in the process of discussing settlement and exploring whether this matter can be resolved by a loan modification.

6.  Whereas, the parties desire to continue to focus their efforts on potential resolution of this matter, rather than incurring litigation costs and expenses.

7.  On May 31, 2016, Plaintiff agreed to a further extension of time, up to and including July 11, 2016, for Defendants to respond to the Complaint.

8.  Whereas, the Northern District Local Rule 6-1 permits stipulations without court order to extend the time to respond to the complaint, "provided the change will not alter the date of any event or any deadline already fixed by Court order" (N.D. L.R. 6-1) and the extension does not alter the date of any event or deadline set by the Court, therefore, the parties are submitting this Stipulation without a proposed order.

THEREFORE:

1  IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, that Defendants
2  shall have up to and including July 11, 2016, to file and serve their response to the Complaint.

4  Dated: June 3, 2016                CHET LEE

6                                      By: _____
                                        Chet Lee
7                                       Plaintiff In Pro Per

8  Dated: June 3, 2016                ANNMARIE MORI
9                                      TROYGOULD PC

11                                     By: _____
                                        AnnMarie Mori
12                                      Attorneys for Defendants
                                        Caliber Home Loans, Inc., LSF9 Master
13                                      Participation Trust; and U.S. Bank Trust, N.A. as
                                        trustee for LSF9 Master Participation Trust

TroyGould PC

2
STIPULATION TO FURTHER EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO
COMPLAINT UP TO AND INCLUDING JULY 11, 2016
01425-0225 282021.1