UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHET LEE**,<br>　　　　Plaintiff,<br>　　v.<br>**QUALITY LOAN SERVICE CORPORATION, ET AL.**,<br>　　　　Defendants. | Case No. 16-cv-02415-YGR<br><br>**ORDER GRANTING DEFENDANT J.P. MORGAN CHASE'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 37 |

Plaintiff Chet Lee brings this action against defendants Quality Loan Service Corporation, Caliber Home Loans, Inc., LSF9 Master Participation Trust, J.P. Morgan Chase Bank, N.A., U.S. Bank, N.A., as Trustee for LSF9 Master Participation Trust, Washington Mutual Bank, and forty-five unnamed defendants for violations related to a foreclosure. (Dkt. No. 31.)

On July 22, 2016, the Court dismissed without prejudice plaintiff's claims against defendant J.P. Morgan Chase Bank, N.A. ("Chase") only for failure to state a claim. (Dkt. No. 27.)[1] Specifically, the Court found that plaintiff failed to allege facts demonstrating that Chase held any interests in the note and deed of trust in question at the time of the events allegedly giving rise to plaintiff's causes of action. (*Id.* at 6.) Out of an abundance of caution, the Court granted plaintiff leave to amend his complaint to plead facts sufficient to state a claim against Chase. On August 12, 2016, plaintiff filed a First Amended Complaint. (Dkt. No. 31, "FAC.")

Before the Court is Chase's motion to dismiss the FAC for failure to state a claim. (Dkt. No. 37, "Mtn.") Plaintiff's response was due on October 24, 2016, yet as of this date, no response has been filed. Based on the Court's review of the FAC, Chase's motion to dismiss, and in light

---

[1] The Court adopts the Background section in it July 22, 2016 Order granting Chase's first motion to dismiss. (Dkt. No. 27.)

of plaintiff's failure to respond to the FAC, the Court finds that plaintiff has not, and cannot state a claim against Chase. Plaintiff has still failed to demonstrate that Chase held any interest in the note and deed of trust at the time of the events allegedly giving rise to plaintiff's causes of action. Accordingly, the Court **GRANTS** Chase's motion to dismiss and **DISMISSES WITH PREJUDICE** plaintiff's claims against Chase only. The Court **VACATES** the hearing set on this motion for November 15, 2016.

This Order terminates Docket Number 37.

**IT IS SO ORDERED.**

Dated: October 31, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**