1  CHET LEE
   107 Merion
2  Moraga, CA 94556

3  Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHET LEE, | Case No. 4:16-cv-02415-YGR |
|---|---|
| Plaintiff, | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| QUALITY LOAN SERVICE CORPORATION, CALIBER HOME LOANS INC., LSF9 MASTER PARTICIPATION TRUST, JPMORGAN CHASE BANK, N.A., U.S. BANK TRUST N.A., as Trustee for LSF9 Master Participation Trust, WASHINGTON MUTUAL BANK, and DOES 1 THROUGH 45 INCLUSIVE,, | Assigned To: Hon. Yvonne Gonzalez Rogers |
| Defendants. | |

GRANTED
Judge Yvonne Gonzalez Rogers
11/3/16

TroyGould PC

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

01425-0225 287430.2

TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff Chet Lee voluntarily dismisses the above-captioned action with prejudice.

Dated: October 31, 2016

CHET LEE

By: _____
Chet Lee
Plaintiff In Pro Per

TroyGould PC

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

01425-0225  287430.2